UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Danielle Joyce,

        Plaintiff,

—v—

Remark Holdings, Inc., *et al.*,

        Defendants.

19-cv-6244 (AJN)

ORDER

DEC 2 0 2019

ALISON J. NATHAN, District Judge:

    Before the Court is Plaintiff's motion for leave to file an Amended Complaint in this matter. Dkt. No. 26. For the following reasons, the motion is GRANTED.

    On November 1, 2019, the Court ordered a Civil Case Management Plan, under which the deadline for parties to file motions to amend pleadings is 30 days from the date of the order. Dkt. No. 23. On November 29, 2019, Plaintiff filed a motion for leave to amend her complaint to join a new defendant, Bikini.com LLC. Dkt. No. 26. Defendants have not filed any opposition to this request.

    Motions to amend should be "freely" granted "when justice so requires," Fed. R. Civ. P. 15(a)(2), unless the motion was unduly delayed, the movant acted with bad faith, the non-movant would face "undue prejudice" as a result of the amendment, or the proposed amendment would be futile. *See AEP Energy Servs. Gas Holding Co. v. Bank of Am., N.A.*, 626 F.3d 699, 725–26 (2d Cir. 2010); *State Teachers Ret. Bd. v. Fluor Corp.*, 654 F.2d 843, 856 (2d Cir. 1981).

    The motion in question does not implicate these concerns. This case is still in the early stages of discovery and the proposed amendment does not add substantially new ground. Indeed, both Bikini.com, LLC's president and parent company are already defendants in this action.

1

Accordingly, the Court hereby GRANTS Plaintiffs leave to file its proposed Amended Complaint. Plaintiff shall file their amended complaint within seven days of this Order.

SO ORDERED.

Dated: December __, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge