UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Danielle Joyce,

                Plaintiff,

-against-

Remark Holdings, Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

1:19-cv-06244 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Plaintiff's Letter Motion (ECF No. 40) seeking production of certain communications by Defendants is GRANTED IN PART AND DENIED IN PART for the reasons stated on the record. Defendants shall use their best efforts to determine, no later than November 6, 2020, whether WeChat or Slack messages (as referenced in ECF No. 44) exist within their possession custody or control. By that date, Defendants shall file a letter advising the Court as to the status of their efforts to locate such messages.

2. The deadline for the completion of all discovery is extended until January 29, 2021.

3. The parties shall file a joint letter regarding the status of discovery on December 16, 2020.

**SO ORDERED.**

DATED:      New York, New York
                 October 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge