USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Danielle Joyce,

          Plaintiff,

–v–

Remark Holdings, Inc., *et al.*,

          Defendants.

19-cv-6244 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The case management conference scheduled for October 30, 2020, is adjourned to February 12, 2021, at 3:15 p.m.

    SO ORDERED.

Dated: October 23, 2020
       New York, New York

                                          ALISON J. NATHAN
                                        United States District Judge