```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Danielle Joyce,

                Plaintiff,

-against-

Remark Holdings, Inc. et al.,

                Defendants.

1:19-cv-06244 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, for the reasons stated on the record, it is hereby Ordered that Plaintiff's letter motion at ECF No. 49 is DENIED as follows:

1. With regard to that portion of Plaintiff's letter motion concerning "Slack messages," the motion is denied as moot.

2. With regard to that portion of Plaintiff's letter motion concerning documents itemized on Defendants' privilege log (ECF No. 54-1), the Court finds these documents *prima facie* privileged and/or subject to work product protection, and on the present record the Court finds no waiver.

**SO ORDERED.**

DATED:    New York, New York
              December 4, 2020

_____
STEWART D. AARON
United States Magistrate Judge