# THE LIDDLE LAW FIRM PLLC

1177 Avenue of the Americas
5th Floor
NEW YORK, N.Y. 10036

Tel: (646) 452-7211
Fax: (646) 452-7001

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2021
```

EDGAR M. RIVERA
 Direct Tel: (646) 452-7212
 Mobile Tel: (646) 400-2249
 Email: erivera@liddlelaw.com

May 29, 2021

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

 Re: *Danielle Joyce v. Remark Holdings, Inc. et al.*
  19 CV 6244

Dear Judge Nathan,

 I represent Plaintiff Danielle Joyce in the above-mentioned matter. I write to request respectfully that the Court accept Plaintiff's filing of her opposition to Defendants' Motion for Partial Summary Judgment as timely, despite its submission approximately 3.5 hours after the May 28, 2021 deadline. The delay was due to a number of technological issues, which I believe stemmed from either outdated word processing software or newly discovered bugs in a template (or both).

 I also request that Court strike or otherwise remove docket number 72, Counterstatement to 56.1 Statement, from the docket, as it was erroneously filed. Docket number 73 is the correct Counterstatement. It is referred to as "Corrected Counterstatement" in the opposition papers.

 I apologize for the inconvenience these requests may cause.

 Thank you for Your Honor's time and attention to this matter.

---

The Court accepts the Plaintiff's opposition for filing and will treat docket number 73 as the Plaintiff's operative Rule 56.1 counterstatement when considering the motion. SO ORDERED.

*[Signature: Alison J. Nathan]*

SO ORDERED.   6/1/2021
ALISON J. NATHAN, U.S.D.J.

---

 cc: All counsel of record (via ECF)