

June 11, 2021

**VIA ECF**

Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    <u>Joyce v. Remark Holdings, Inc.</u>, et al., 19 CV 6244

Dear Judge Nathan:

      We represent Defendants in the above-referenced matter. We write to respectfully request a one-week extension of Defendants' time to file their reply papers in further support of their motion for partial summary judgment, from June 18, 2021 to June 25, 2021. This is Defendants' first request for an extension of time to file their reply papers.[1] Plaintiff's counsel has consented to the requested extension. This request is made more than 48 hours prior to the scheduled deadline, and does not affect any other scheduled dates.

      We thank the Court for its attention to this matter.

SO ORDERED.

*[signature]*
SO ORDERED.    6/15/2021
ALISON J. NATHAN, U.S.D.J.

cc:    Edgar M. Rivera, Esq. (via ECF)

---

[1] On May 10, 2021, Plaintiff requested a 15-day extension of time to file her opposition papers. (Dkt. No. 69.) The Court granted that request. (Dkt. No. 70.) The amount of time that Defendants had for reply upon filing of the opposition papers remained unchanged. (*See id.*; Dkt. No. 63.)

OLSHAN  FROME  WOLOSKY  LLP          WWW.OLSHANLAW.COM
5857669-1